```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 18855
   JORGE HERNANDEZ
   RAMILA HERNANDEZ                          CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3781    SSN XXX-XX-7564

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/22/2008 and was not confirmed.

     The case was dismissed without confirmation 11/12/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE  UNSECURED         359.62          .00             .00
WELLS FARGO AUTO FINANCE  SECURED VEHIC   19033.93          .00          770.00
CHASE AUTO FINANCE        SECURED VEHIC   14788.35          .00          361.74
WELLS FARGO HOME MORTGAG  CURRENT MORTG       .00           .00             .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE       .00           .00             .00
MASTER CARD               UNSECURED      NOT FILED          .00             .00
WELLS FARGO               MORTGAGE NOTI  NOT FILED          .00             .00
CHASE AUTO FINANCE        UNSECURED      NOT FILED          .00             .00
HSBC                      UNSECURED         809.33          .00             .00
HSBC                      UNSECURED         525.13          .00             .00
CITIBANK USA NA           UNSECURED         602.07          .00             .00
LVNV FUNDING              UNSECURED         723.45          .00             .00
BENNIE W FERNANDEZ        DEBTOR ATTY      1,873.00                         .00
TOM VAUGHN                TRUSTEE                                         98.41
DEBTOR REFUND             REFUND                                       1,600.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               2,830.15

PRIORITY                                         .00
SECURED                                     1,131.74
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                           98.41
DEBTOR REFUND                               1,600.00
                     ---------------      ---------------
TOTALS                2,830.15              2,830.15



              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 18855 JORGE HERNANDEZ & RAMILA HERNANDEZ
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/25/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE